UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AL'S PALS PET CARE, *et al*, § § Plaintiffs, § VS. § WOODFOREST NATIONAL BANK NA, *et al*, § § § Defendants. § | CIVIL ACTION NO. 4:17-CV-3852 |

## ORDER GRANTING MOTION FOR CLARIFICATION OF COURT'S APRIL 12, 2018 ORDER

Having considered the defendants' motion, the Court ORDERS as follows:

Because the defendants have not yet had an opportunity to answer, move, or otherwise respond to the plaintiffs' Amended Complaint, and the due date set forth in this Court's March 23, 2018, Order for doing so has not passed, the Court clarifies that its April 12, 2018, Order was intended, consistent with the language of its March 23, 2018, Order, to deem "defendants' motion to dismiss the original complaint for failure to state a claim… [as] moot."

It is so ORDERED.

SIGNED on this 19th day of April, 2018.

_____
Kenneth M. Hoyt
United States District Judge