UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AL'S PALS PET CARE, *at al.*, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. |
| | § | 4:17-CV-3852 |
| WOODFOREST NATIONAL BANK, N.A., *et al.*, | § § | |
| Defendants. | § § | |

## **JOINT STATEMENT REGARDING MEDIATION**

On April 20, 2018, the Court entered an order staying this case until July 30, 2018, to allow the parties time to hold a mediation. *See* Dkt. No. 30. The Court further instructed the parties to provide a joint statement regarding the status of mediation by July 25, 2018, and to move to resume litigation and submit their joint discovery/case management plan no later than August 15, 2018, if settlement was unsuccessful. *Id.*

A mediation session was held on July 18, 2018, before Hunter R. Hughes, Esq., in Atlanta, Georgia. Although no settlement was reached, a dialogue through Mr. Hughes remains ongoing. The parties intend to focus on these discussions over the next few weeks and, by August 15, 2018, either (a) move to resume litigation and submit their joint discovery/case management plan or (b) notify the Court that terms of settlement have been reached.

*/s/ E. Adam Webb*
E. Adam Webb
WEBB, KLASE & LEMOND, LLC
Georgia Bar No. 743910
Adam@WebbLLC.com
1900 The Exchange, S.E.
Suite 480
Atlanta, GA 30339
Telephone: (770) 444-0773

Andrew K. Meade
Texas Bar No. 24032854
ameade@meadeneese.com
D. John Neese, Jr.
Texas Bar No. 24002678
jneese@meadeneese.com
Leann Pinkerton
Texas Bar No. 24038826
lpinkerton@meadeneese.com
MEADE & NEESE LLP
2118 Smith Street
Houston, TX 77002
Telephone: (713) 355-1200

*Attorneys for Plaintiffs*

*/s/ Behnam Dayanim*
Behnam Dayanim
bdayanim@paulhastings.com
C. Reade Jacob, Jr.
readejacob@paulhastings.com
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, DC 20005
Telephone: (202) 551-1737

William K. Whitner
kwhitner@paulhastings.com
PAUL HASTINGS LLP
1170 Peachtree Street, N.E.
Suite 100
Atlanta, GA 30309
Telephone: (404) 815-2228

*Attorneys for Woodforest National Bank and Paysafe Payment Processing Solutions*