# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

AL'S PALS PET CARE, *at al.*,          §
                                        §
      Plaintiffs,          §
                                        §          CIVIL ACTION NO.
vs.                                     §
                                        §          4:17-CV-3852
WOODFOREST NATIONAL BANK, N.A., *et al.*, §
                                        §
      Defendants.          §

## JOINT NOTICE OF SETTLEMENT

COME NOW Plaintiffs and Defendants and hereby notify the Court that they have reached an agreement in principle to settle this matter on a class-wide basis. The parties are in the process of drafting a written settlement agreement and anticipate finalizing that agreement over the next few weeks. Plaintiffs anticipate filing an unopposed motion for preliminary approval of the settlement no later than August 31, 2018.

*/s/ E. Adam Webb*
E. Adam Webb
WEBB, KLASE & LEMOND, LLC
Georgia Bar No. 743910
Adam@WebbLLC.com
1900 The Exchange, S.E.
Suite 480
Atlanta, GA 30339
Telephone: (770) 444-0773

Andrew K. Meade
Texas Bar No. 24032854
ameade@meadeneese.com
D. John Neese, Jr.
Texas Bar No. 24002678
jneese@meadeneese.com
Leann Pinkerton
Texas Bar No. 24038826
lpinkerton@meadeneese.com
MEADE & NEESE LLP
2118 Smith Street
Houston, TX 77002
Telephone: (713) 355-1200

*Attorneys for Plaintiffs*

*/s/ Behnam Dayanim*
Behnam Dayanim
bdayanim@paulhastings.com
C. Reade Jacob, Jr.
readejacob@paulhastings.com
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, DC 20005
Telephone: (202) 551-1737

William K. Whitner
kwhitner@paulhastings.com
PAUL HASTINGS LLP
1170 Peachtree Street, N.E.
Suite 100
Atlanta, GA 30309
Telephone: (404) 815-2228

*Attorneys for Woodforest National Bank and Paysafe Payment Processing Solutions*